```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBIN D. FULLER                :    CIVIL ACTION
                               :
     v.                        :
                               :
MICHAEL ASTRUE                 :    NO. 08-2656
```

ORDER

AND NOW, this 28th day of October, 2009, upon careful and independent consideration of plaintiff's _pro se_ brief and statement of issues for review (docket entry # 10), defendant's response thereto (docket entry # 16), the Honorable Lynne A. Sitarski's report and recommendation (docket entry # 19), to which neither party has filed an objection within the period specified by Loc. R. Civ. P. 72.1, and the Court agreeing with Judge Sitarski that plaintiff did not establish any reason to grant her request for review of the Administrative Law Judge's decision, it is hereby ORDERED that:

   1.   The report and recommendation (docket entry # 19) is APPROVED and ADOPTED;

   2.   Plaintiff's request for review (docket entry # 10) is DENIED; and

       3.    The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.